ANTHONY T. GARASI, ESQ.
Nevada State Bar No. 11134
JARED G. CHRISTENSEN, ESQ.
Nevada State Bar No. 11538
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NEVADA 89128
TELEPHONE: (702) 258-6665
FACSIMILE: (702) 258-6662
agarasi@bremerwhyte.com
jchristensen@bremerwhyte.com

Attorneys for Intervener

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HUDSON INSURANCE COMPANY, a Delaware Corporation,,<br><br>Plaintiff,<br>vs.<br><br>JAMES MILLER, individually; ARTURO MONTES, individually; JESUS MONTES, individually; and EFRAIN MEZA-MONTES, individually; JOHN DOES 1-100, inclusive; and JANE ROES 1-20, inclusive ,<br><br>Defendants. | Case No. 2:15-cv-00349-GMN-CWH |

**STIPULATION AND ORDER FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE**

The parties herein, by and through their counsel of record, PETER M. ANGULO, ESQ., of the law offices of Olson, Cannon, Gormley, Angulo & Stoberski and ANTHONY T. GARASI, ESQ. and JARED G. CHRISTENSEN, ESQ., of the law offices of Bremer Whyte, Brown & O'Meara, LLP hereby stipulate and agree that JAMES MILLER and COLONIAL FREIGHT SYSTEMS will dismiss any and all claims against HUDSON INSURANCE COMPANY arising from the August 3, 2013 motor vehicle accident that is the subject of this litigation with prejudice.

It is further stipulated that HUDSON INSURANCE COMPANY will dismiss any and all claims against JAMES MILLER and COLONIAL FREIGHT SYSTEMS arising from the August 3, 2013 motor vehicle accident that is the subject of this litigation with prejudice.

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

1342.001 4814-3571-1576.1

It is further stipulated that each party will bear its own attorney fees and costs.

DATED this 20 day of March, 2018

OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI

By: /s/ Peter M. Angulo
PETER M. ANGULO, ESQ.
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
Attorneys for Plaintiff

DATED this 20th day of March, 2018

BREMER WHYTE BROWN & O'MEARA

By: /s/
ANTHONY T. GARASI, ESQ.
JARED G. CHRISTENSEN, ESQ.
1160 N. Town Center Drive, #250
Las Vegas, Nevada 89144
Attorneys for Intervener

**ORDER**

IT IS SO ORDERED. The Clerk of Court shall close the case.

DATED this 23 day of March, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

2

1342.001 4814-3571-1576.1